# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN JAMES N. CASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-15-346-F |
| | ) |
| CLEVELAND CO. SHERIFF; | ) |
| CLEVELAND CO. DETENTION | ) |
| CENTER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on June 1, 2015, wherein she recommended that plaintiff's complaint be dismissed without prejudice for failure (1) to correct a deficiency in the application to proceed in forma pauperis and (2) to respond to court's orders. Magistrate Judge Mitchell therein advised plaintiff of his right to object to the Report and Recommendation by June 21, 2015.

Plaintiff has neither objected to the Report and Recommendation nor sought an extension of time to file a objection. With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on June 1, 2015 (doc. no. 9) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Judgment shall issue forthwith.

DATED July 8, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0346p001.wpd